# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**CASSANDRA C DE BACA, as Personal Representative
of the ESTATE OF BEN C DE BACA, deceased,**

    Plaintiff,

    v.                             Cause No.  17-CV-01058 JB/LF

**TOWN OF BERNALILLO, ex. rel
TOWN OF BERNALILLO POLICE DEPARTMENT;
OFFICER JEREMIAH BENJEY, sued in his individual capacity;
OFFICER SHAWN VIGIL, sued in his individual capacity;
COUNTY OF SANDOVAL, ex. rel
SANDOVAL COUNTY SHERIFF'S DEPARTMENT;
OFFICER PATRICK SEGURA, sued in his individual capacity;
SERGEANT JAMES LAPORTE, sued in his individual capacity;
Officer John Doe, 1-10, sued in their individual capacity**

    Defendants.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 26th day of November, 2018, **Bernalillo Defendants' Answers and Responses to Plaintiff's First Set of Interrogatories, First set of Requests for Production of Documents, and First Set of Requests for Admissions** were emailed and mailed  to the following:

Ahmad Assed, Esq.
Richard J. Moran, Esq.
Ahmad Assed & Associates
818 Fifth Street, NW
Albuquerque, NM  87102
505-246-8373
505-246-2930 FAX
ahmad@assedlaw.com
richard@assedlaw.com
And
Kevin P. Holmes, Esq.

5010 Slate Avenue, NW
Albuquerque, NM  87102
505-433-1947
kevin@holmesnm.com
*Attorneys for Plaintiffs*

Michael Dickman
Post Office Box 459
Santa Fe, NM  87504
505-989-9360
mikedickman@yahoo.com
*Attorney for Defendants County of Sandoval*
 *and Officer Patrick Segura*

Robert W Becker, Esq.
Yenson Allen & Wosick, PC
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
505 268-6694  FAX
rbecker@ylawfirm.com
*Attorney for Defendant James La Porte*

Respectfully submitted,

BRENNAN & SULLIVAN, P.A.


By: */s/ Christina L. G. Brennan*
     Christina L. G. Brennan
     James P. Sullivan
     128 East DeVargas
     Santa Fe, New Mexico 87501
     (505) 995-8514
     *Attorneys for Defendants, Town of Bernalillo, Officer*
     *Jeremiah Benjey, and Officer Shawn Vigil*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of November, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ahmad Assed, Esq.
Richard J. Moran, Esq.
Ahmad Assed & Associates
818 Fifth Street, NW
Albuquerque, NM  87102
505-246-8373
505-246-2930 FAX
aassed@assedlaw.com
richard@assedlaw.com
And
Kevin P. Holmes, Esq.
5010 Slate Avenue, NW
Albuquerque, NM  87102
505-433-1947
kevin@holmesnm.com
*Attorneys for Plaintiffs*

Michael Dickman
Post Office Box 459
Santa Fe, NM  87504
505-989-9360
mikedickman@yahoo.com
*Attorney for Defendants County of Sandoval and Officer Patrick Segura*

Robert W Becker, Esq.
Yenson Allen & Wosick, PC
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
505 268-6694  FAX
rbecker@ylawfirm.com
*Attorney for Defendant James La Porte*

By: */s/ Christina L. G. Brennan*
    Christina L. G. Brennan