IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


**CASSANDRA C DE BACA, as Personal Representative**
**of the ESTATE OF BEN C DE BACA, deceased,**

    Plaintiff,

    v.                                                  Cause No.  17-CV-01058 JB/LF

**TOWN OF BERNALILLO, ex. rel**
**TOWN OF BERNALILLO POLICE DEPARTMENT;**
**OFFICER JEREMIAH BENJEY, sued in his individual capacity;**
**OFFICER SHAWN VIGIL, sued in his individual capacity;**
**COUNTY OF SANDOVAL, ex. rel**
**SANDOVAL COUNTY SHERIFF'S DEPARTMENT;**
**OFFICER PATRICK SEGURA, sued in his individual capacity;**
**SERGEANT JAMES LAPORTE, sued in his individual capacity;**
**Officer John Doe, 1-10, sued in their individual capacity**

    Defendants.

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW, Defendants Town of Bernalillo, Town of Rio Rancho, and Plaintiff Cassandra C de Baca as personal representative of the Estate of Ben C de Baca, by and through their respective attorneys of record, and hereby jointly move the Court for approval of settlement terms that have been agreed upon by the parties. As grounds for this Motion, these parties would show the Court that:

1. These parties state that they have settled all remaining claims in the above-styled and numbered lawsuit, other than those against the County of Sandoval and Officer Patrick Segura, which were dismissed by a previous order of this Court. The parties

further state that the fair and reasonable settlement amount for the Estate of Ben C de Baca and his minor children, J.C., J. B., and A.C., needs approval of this Court.

2. The plaintiffs filed the above-styled and numbered lawsuit for wrongful death against the defendants as set out more fully in the Complaint filed in this matter.

3. A claim for damages has been asserted by Cassandra C de Baca, as the personal representative of the Estate of Ben C de Baca. Defendants the Town of Bernalillo and the Town of Rio Rancho and Plaintiff Cassandra C de Baca have agreed on settlement terms among and between each other. The wrongful death beneficiaries of the Estate include three minor children, J.C., J. B., and A.C..

4. Based upon the facts of this case, the parties move to have this Court approve the settlement on behalf of Ben C de Baca's minor children, , J.C., J. B., and A.C..

5. The parties to the settlement, the Town of Bernalillo, the Town of Rio Rancho, and Plaintiff Cassandra C de Baca, as the personal representative of the Estate of Ben C de Baca, request that this matter be referred to U.S. Magistrate Judge Laura Fashing for approval. The parties agree to waive any objections to this referral. Although Defendants Board of County Commissioners of Sandoval County and Patrick Segura are no longer parties to the settlement agreement, they do not oppose the requested referral to Judge Fashing for the express and limited purpose of seeking court approval of the settlement agreement, and they waive any objections to the referral that is being requested for that limited purpose.

WHEREFORE, the parties move the Court for approval of the terms of the settlement of the claims which have been asserted by Cassandra C de Baca, as the personal representative of the

Estate of Ben C de Baca and Mr. C de Baca's minor children, J.C., J. B., and A.C.. in the above-styled and numbered case.

        Respectfully submitted,

        BRENNAN & SULLIVAN, P.A.

By:    */s/ Christina L. G. Brennan*
        Christina L. G. Brennan
        James P. Sullivan
        128 East DeVargas
        Santa Fe, New Mexico 87501
        (505) 995-8514
        *Attorneys for Defendant Town of Bernalillo*

By*:*    *Approved via email 12/13/18*
        Ahmad Assed, Esq.
        Richard J. Moran, Esq.
        Ahmad Assed & Associates
        818 Fifth Street, NW
        Albuquerque, NM  87102
        505-246-8373
        aassed@assedlaw.com
        richard@assedlaw.com

        And

        Kevin P. Holmes, Esq.
        9201 Montgomery Blvd. NE
        Building 1, Suite 3
        Albuquerque, NM  87111
        505-433-1947
        kevin@holmesnm.com
        *Attorneys for Plaintiffs*


By*:*    *Approved via email 12/13/18*
        Michael Dickman
        Post Office Box 459
        Santa Fe, NM  87504
        505-989-9360
        mikedickman@yahoo.com
        *Attorney for Defendants County of Sandoval*
        *and Officer Patrick Segura*

By: *Approved via email 12/12/18*
Robert W Becker, Esq.
Yenson Allen & Wosick, PC
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
rbecker@ylawfirm.com
*Attorney for Defendant James LaPorte*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of December, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Ahmad Assed, Esq.
Richard J. Moran, Esq.
Ahmad Assed & Associates
818 Fifth Street, NW
Albuquerque, NM  87102
505-246-8373
aassed@assedlaw.com
richard@assedlaw.com
And
Kevin P. Holmes, Esq.
9201 Montgomery Blvd. NE
Building 1, Suite 3
Albuquerque, NM  87111
505-433-1947
kevin@holmesnm.com
*Attorneys for Plaintiffs*

Michael Dickman
Post Office Box 459
Santa Fe, NM  87504
505-989-9360
mikedickman@yahoo.com
*Attorney for Defendants County of Sandoval
 and Officer Patrick Segura*

Robert W Becker, Esq.
Yenson Allen & Wosick, PC
4908 Alameda Blvd. NE
Albuquerque, NM 87113
(505) 266-3995
rbecker@ylawfirm.com
*Attorney for Defendant James La Porte*

By: */s/ Christina L. G. Brennan*
Christina L. G. Brennan

4